IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ROBERT L. CRAWFORD,

          Plaintiff,

v.                                   CIVIL ACTION NO. 3:08-00202

WESTERN REGIONAL JAIL,
WEST VIRGINIA REGIONAL JAIL
AND CORRECTIONAL FACILITY
and CABELL COUNTY CIRCUIT COURT,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

       This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Complaint (Doc. #2) be dismissed with prejudice pursuant to the screening provisions of 28 U.S.C. § 1915A(b), and that his Application to proceed without prepayment of fees or costs (Doc. #1) be denied pursuant to 28 U.S.C. § 1915(e)(2)(B). Neither party has filed objections to the Magistrate Judge's findings and recommendation.

       Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Plaintiff's Complaint (Doc. #2) with prejudice pursuant to the screening provisions of 28 U.S.C. § 1915A(b), and **DENIES** his Application to proceed without prepayment of fees or costs (Doc. #1) pursuant to 28 U.S.C. § 1915(e)(2)(B), consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:    October 15, 2010

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE